**James O. RIGGINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58377.**

Missouri Court of Appeals,
Western District.

May 7, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 3, 2001.

Application for Transfer Denied
Aug. 21, 2001.

John M. Schilmoeller, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., EDWIN H.
SMITH and NEWTON, JJ.

**ORDER**

PER CURIAM:

James Riggins appeals the judgment of the motion court denying his Rule 29.15 motion for postconviction relief. In his motion, Mr. Riggins sought to vacate his conviction for second degree murder, section 565.021, RSMo 1994, and sentence of

life imprisonment. The judgment of the motion court is affirmed. Rule 84.16(b).